United States District Court
Southern District of Texas
**ENTERED**
March 31, 2016
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JENILEE OKERT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:15-cv-00435 |
| | § | |
| CAROLYN W. COLVIN, Commissioner of | § | |
| Social Security Administration | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

On February 3, 2016, the parties consented to proceed before a United States magistrate

judge for all purposes, including the entry of a final judgment under 28 U.S.C. § 636(c). On

March 31, 2016, the court entered a memorandum and order disposing of the issues in this case.

Therefore, it is,

**ORDERED** that this case is **DISMISSED**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, this 31st day of March, 2016.

**MARY MILLOY**
**UNITED STATES MAGISTRATE JUDGE**